IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER SNYDER and EARL KEAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-5217 |
| | : | |
| CHARLES M. KRAUS, III et al. | : | |

## ORDER

AND NOW, this 27th day of August, 2010, it is ORDERED the Motion to Dismiss of Defendants Nancy Garber, Charles Tupper, and West Donegal Township (Document 30) is GRANTED.

                                            BY THE COURT:

                                            /s/ Juan R. Sánchez
                                            Juan R. Sánchez, J.