IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER SNYDER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-5217 |
| | : | |
| CHARLES M. KRAUS, III, et al. | : | |

## **ORDER**

AND NOW, this 8th day of March, 2011, it is ORDERED:

• Defendants' Motion to Enforce Settlement (Document 40) is GRANTED;

• Defendants shall modify the proposed general release submitted as an exhibit to their Motion to Enforce Settlement to exclude Plaintiff Earl Kean's pending lawsuit in the Eastern District of Pennsylvania, and shall forward a revised general release to Plaintiffs' counsel;

• Plaintiffs shall comply with the terms of settlement as set forth in the revised general release;

• Plaintiffs shall fully comply with this Order within ten days of their counsel's receipt of the revised general release;

• This Court reserves ruling on Defendants' request for an award of costs and attorneys' fees incurred in connection with their Motion to Enforce Settlement, pending consideration of Defendants' petition for such costs and fees and Plaintiffs' response thereto. Any such petition shall be submitted to this Court within ten days of the date this Order is entered.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.